# UNITED STATES DISTRICT COURT
## District of Minnesota

Semen Petrashov

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.                                                                 Case Number: 15-cv-3061 WMW/SER

Alina Health Headquarters

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The magistrate judge's June 14, 2016 Report and Recommendation, (Dkt. 37), is ADOPTED only to the extent the R&R recommends dismissing the case for lack of subject-matter jurisdiction;
2. Plaintiff's Complaint, (Dkt. 1), is DISMISSED WITHOUT PREJUDICE.

Date: 8/12/2016                                                  RICHARD D. SLETTEN, CLERK

                                                                              s/Katie Thompson
                                                                    (By)   Katie Thompson, Deputy Clerk